RECEIVED IN CHAMBERS

FEB 29 2016

GRAY H. MILLER
U.S. DISTRICT JUDGE

2/24/16

Dear Judge Gray Miller my name is Rosendo Padilla Jr. I went to Sentencing on January the 29 For Consperce and Felon on posslon of a Fire Arm and Probation Violation. And you gave me 14 Days to appeal but my question is can I appeal my Conspricey and Felon of possison charges. You already Grant me a motion for my Probation vilation. And now I want to know if I can appeal the hole Sentence.

please help me Judge and give me an ansewr as soon as you can.

Thank You

Rosendo Padilla Jr

Rosendo Padilla
8920311q
500 Hilbig rd
Conroe Tx 77301

HOUSTON TX
25 FEB 2016 PM 4 L

THIS LEGAL MAIL HAS
NOT BEEN INSPECTED

RECEIVED IN CHAMBERS
FEB 29 2016

7700226009S

Judge Gray Miller
United States Courthouse
515 Bush Avenue
Houston Tx 77002