United States District Court
Southern District of Texas
**ENTERED**
March 28, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CRIMINAL ACTION H-14-174-1 |
| | § | |
| | § | |
| ROSENDO PADILLA, JR. *in custody* | § | |

## Order

Defendant's letter motion for leave to appeal out of time (Dkt. 324) is GRANTED.

Signed at Houston, Texas on March 28, 2016.

_____
Gray H. Miller
United States District Judge